Anthony L. **BRADLEY**, Plaintiff–Appellant,

and

**Istivan Clevondon Douglas, Plaintiff,**

v.

**Ernest R. SUTTON, Superintendent of Pasquotank Correctional Institute, Defendant–Appellee,**

and

**Michael F. Easley, Governor; Theodis Beck, Secretary, NC Department of Correction; Duplin County Minimum Custody Correctional Center, Defendants.**

No. 06–7674.

United States Court of Appeals, Fourth Circuit.

Submitted: April 26, 2007.

Decided: May 1, 2007.

Anthony L. Bradley, Appellant Pro Se. Yvonne Bulluck Ricci, North Carolina Department of Justice, Raleigh, North Carolina, for Appellee.

Before WILLIAMS, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony L. Bradley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court.* *Bradley v. Sutton*, No. 5:05–ct–00248–H (E.D.N.C. Sept. 12, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

\* Specifically, Bradley failed to exhaust his administrative remedies relative to the claims that are the subject of the instant action.